THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KELLI LOWE and HEIDI MEREDITH, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TWO JINN, INC. d/b/a ALADDIN BAIL BONDS, a California corporation,

Defendant.

Case No. 2:26-cv-00306-JLR

**STIPULATED MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL**

**NOTED FOR CONSIDERATION:**
MARCH 19, 2026

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kelli Lowe and Heidi Meredith and Defendant Two Jinn, Inc. d/b/a Aladdin Bail Bonds in the above-captioned matter jointly request that the Court enter the attached Order of Dismissal, with Prejudice. In support of their request, the parties stipulate as follows:

**I.      STIPULATION**

1.      Plaintiffs filed this proposed class action in King County Superior Court on December 17, 2025. *See* Dkt. 1-1. Defendant removed the case to this Court on January 28, 2026. *See* Dkt. 1.

2.      On February 20, 2026, the parties filed a Joint Status Report informing the Court that they had agreed on the essential terms of a settlement to resolve Plaintiffs' individual claims and were working to finalize a written settlement agreement. *See* Dkt. 11.

STIPULATED MOTON AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL - 1
Case No. 2:26-cv-00306-JLR

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue N, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3.      The parties have since finalized and executed the settlement agreement.

4.      The parties jointly request that the claims of Plaintiffs Kelli Lowe and Heidi Meredith be hereby dismissed, with prejudice, without an admission of liability, and with each party to bear their own costs and fees.

5.      No motion for class certification has been filed; the Court has not entered any order on class certification; and as a result, no class has been certified in this action.

6.      Accordingly, no notice to the putative class is required under Rule 23(e), and this dismissal is without prejudice to the claims of the putative class members, other than Plaintiffs' claims.

STIPULATED TO AND DATED this 20th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Toby J. Marshall*
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Eric R. Nusser, WSBA #51513
    Email: eric@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

CORR CRONIN LLP

By: */s/ Kristen F. Barnhart*
    Emily J. Harris, WSBA #35763
    Email: eharris@corrcronin.com
    Kristen F. Barnhart, WSBA #51135
    Email: kbarnhart@corrcronin.com
    1015 Second Avenue, 10th Floor
    Seattle, Washington 98104
    Telephone: (206) 625-8600
    Facsimile: (206) 625-0900

*Attorneys for Defendant*

STIPULATED MOTON AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL - 2
Case No. 2:26-cv-00306-JLR

**II.    ORDER**

IT IS SO ORDERED.


DATED this __20th__ day of _____March_____, 2026.


_____

THE HONORABLE JAMES L. ROBART

STIPULATED MOTON AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL - 3
Case No. 2:26-cv-00306-JLR

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue N, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com